UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DUFRENE STEPHANE,
Petitioner,

v.

MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; TODD BLANCHE, Attorney General of the United States; DAVID J. VENTURELLA, Acting Director of United States Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT in his official capacity as Acting Field Office Director for San Diego, U.S. Immigration and Customs Enforcement; JEREMY CASEY, Warden of Imperial Regional Adult Detention Center, in his/her capacity as warden of the Imperial Regional Adult Detention Center,
Respondents.

Case No.: 3:26-cv-05722-LEK-JLB

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Dufrene Stephane ("Petitioner") filed a Verified Petition for Writ of Habeas Corpus ("Petition") on October 6, 2026. [Dkt. no. 1.] On October 19, 2026, this Court issued an order granting the Petition in part ("10/19 Order"). [Dkt. no. 6.] The 10/19 Order directed the respondents, identified in the Petition as Markwayne Mullin, Secretary, United States Department of Homeland Security ("DHS"); Todd Blanche, Attorney General of the United States; David J. Venturella, Acting Director of United States Immigration and Customs Enforcement ("ICE"); Gregory J. Archambeault in his

official capacity as Acting Field Office Director for San Diego, ICE; and Jeremy Casey, Warden of Imperial Regional Adult Detention Center, in his/her capacity as warden of the Imperial Regional Adult Detention Center ("Respondents"), to release Petitioner consistent with the terms of the 10/19 Order. [Id. at 5-6.]

On October 21, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 7.] The parties report that Petitioner was released from custody on October 20, 2026. See id. at 1.

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 10/19 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 6, 2026.

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

**DUFRENE STEPHANE VS. MARKWAYNE MULLIN ET AL.; CASE NO. 3:26-CV-05722-LEK-JLB; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**